IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>DARIO CABALLERO-ARREDONDO,<br><br>　　　　　　　Defendant. | 4:14CR3011-2<br><br>MEMORANDUM AND ORDER |

　　　Based on the representations of government's counsel, additional time is needed to allow the government and the defendant sufficient time to negotiate a settlement of this matter, and allow the government to efficiently allocate it's resources for trial.  The defendant agreed, and further agreed that the time between today and an additional status conference should be excluded from the time limitations of the Speedy Trial Act so that the case can be fairly and justly resolved.

　　　Accordingly,

　　 IT IS ORDERED:

1)　　Government's unopposed motion to continue trial (filing 82) is granted.

2)　　A status conference is set at 9:30 a.m. on November 17, 2014 before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska to discuss case progression and a potential trial setting.

3)　　The Court further finds that the time between today's date and November 17, 2014 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because despite counsel's due diligence, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1) & (h)(7).

October 22, 2014.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge