IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:14-CR-3011 |
| vs. | ORDER |
| DARIO CABALLERO-ARREDONDO, | |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion to Dismiss (filing 95). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment, without prejudice, as it relates to the above-captioned defendant.

IT IS ORDERED:

1. The plaintiff's Motion To Dismiss (filing 95) is granted.

2. The indictment is dismissed as to defendant Dario Caballero-Arredondo.

Dated this 12th day of December, 2014.

BY THE COURT:

John M. Gerrard
United States District Judge